1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                          EASTERN DISTRICT OF CALIFORNIA

10

11     KENNETH A. JACKSON,                    Case No. 1:20-cv-00351-JDP

12                 Petitioner,                ORDER DIRECTING THE CLERK TO
                                              CORRECT THE DOCKET
13          v.

14     G. MATTESON,

15                 Respondent.

16

17          On March 6, 2020, Kenneth A. Jackson filed a petition for writ of habeas corpus. ECF

18     No. 1. However, the docket and case number erroneously refer to this case using the (PC)

19     designator. Thus, the clerk is directed to amend the docket and case number to reflect the

20     appropriate (HC) designation.

21

22     IT IS SO ORDERED.

23

24     Dated:    March 13, 2020                _____
                                               UNITED STATES MAGISTRATE JUDGE
25

26     No. 204.

27

28